# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL J. MENTEL

NO. 2021 KW 0902

**OCTOBER 18, 2021**

---

In Re:     Michael J. Mentel, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 2020-F-2021, 2435-F-2020.

---

**BEFORE:     LANIER, WOLFE, AND BURRIS,[1] JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** The district court's ruling denying relator's request for documents, filed July 1, 2021, is reversed in part, and this matter is remanded to the district court to provide relator with copies of the documents he is entitled to as of right, free of charge. See **State ex rel. Simmons v. State**, 93-0275 (La. 12/16/94), 647 So.2d 1094, 1095 (per curiam). With respect to the other documents requested, the writ application is denied. Relator failed to demonstrate a particularized need for the remaining documents. See **State ex rel. Bernard v. Criminal District Court Section J.**, 94-2247 (La. 4/28/95), 653 So.2d 1174, 1175 (per curiam).

                    WIL
                    EW
                    WJB

COURT OF APPEAL, FIRST CIRCUIT

_Emile Reed_

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.